JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| LOVEPREET SINGH,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. EDCV 26-5551-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: October 2, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE